UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**FILED**

CTUS FEB  3 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

DAVID CLARK,

        Debtor.

_____

CHARLES WADE,

        Plaintiff,

vs.

DAVID CLARK,

        Defendant.

_____

Case No. 08-29554-A-7

Adv. No. 08-2562

Date: April 10, 2009
Time: 9:30 a.m.

**JUDGMENT**

A bench trial was conducted on April 10, 2009.  At the conclusion of the evidence, the court made findings of fact and conclusions of law orally on the record but instructed counsel for the plaintiff to lodge proposed written findings and conclusions, together with a proposed judgment.  Nearly 10 months later, these documents were lodged.

After considering the proposed written findings and conclusions, the court declines to execute them and instead relies upon its oral findings and conclusions.

Judgment is hereby rendered in favor of plaintiff Charles Wade and against defendant David Clark as follows:

1.    The defendant shall pay to the plaintiff the actual damages proximately caused by the defendant's actual fraud, $120,000;

2.    The defendant shall pay to the plaintiff $12,000 in punitive damages;

3.    Prejudgment interest will accrue on $120,000 at the rate of 10% per annum, simple, from October 1, 2005 to April 9, 2009.

4.    From and after April 10, 2009, post-judgment interest shall accrue on the amounts the defendant must pay to plaintiff pursuant to paragraphs 1, 2, and 3, at the rate required by 28 U.S.C. § 1961.

5.    This judgment is made nondischargeable by 11 U.S.C. § 523(a)(2)(A).

Dated: 3 Feb 2010

By the Court

_____
Michael S. McManus, Judge
United States Bankruptcy Court

-2-

1          **CERTIFICATE OF MAILING**

2          I, Susan C. Cox, in the performance of my duties as a

3    judicial assistant to the Honorable Michael S. McManus, mailed by

4    ordinary mail to each of the parties named below a true copy of

5    the attached document.

6    Philip Cozens
     1007 7th St #500
7    Sacramento, CA 95814

8    David Clark
     PO Box 234181
9    Sacramento, CA 95823

10   Dated: February 3, 2010

11
                                   *Susan C. Cox*
12                                 Susan C. Cox
                                   Judicial Assistant to Judge McManus
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28